# EXHIBIT 1

EXHIBIT# 1 - National Photo Group, LLC v. Federated Media Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 4 | WEB PAGE CAPTURE |
|---|---|---|
| | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10235357<br>Date Taken: 09/26/2012<br>Photo Description: Jason Aldean and Brittany Kerr are seen closely talking in an outdoor venue.<br>Copyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.k105fm.com<br>URL:<br>http://k105fm.com/ArticleAdmin/Articles/tabid/64/ArticleId/1544/Jason-Aldean-CHEATED-On-Wife-Pictures.aspx<br>Observed Date: 06/20/2013 |

| COPYRIGHTED IMAGE | INFRINGEMENT#2 OF 4 | WEB PAGE CAPTURE |
|---|---|---|
| | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10235368<br>Date Taken: 09/26/2012<br>Photo Description: Jason Aldean and Brittany Kerr get very cozy.<br>Copyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.k105fm.com<br>URL:<br>http://k105fm.com/ArticleAdmin/Articles/tabid/64/ArticleId/1544/Jason-Aldean-CHEATED-On-Wife-Pictures.aspx<br>Observed Date: 06/28/2013 |

| COPYRIGHTED IMAGE | INFRINGEMENT#3 OF 4 | WEB PAGE CAPTURE |
|---|---|---|
| | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10235377<br>Date Taken: 09/26/2012<br>Photo Description: Country singer Jason Aldean and Ex-American Idol Brittany Kerr are seen getting very cozy.<br>Copyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.k105fm.com<br>URL:<br>http://k105fm.com/ArticleAdmin/Articles/tabid/64/articleId/1544/Default.aspx?dnnprintmode=true&mid=400&SkinSrc=%5BG%5DSkins%2F_default%2FNo+Skin&ContainerSrc=%5BG%5DContainers%2F_default%2FNo+Container<br>Observed Date: 06/27/2013 |

10/16/2013 12:50:28

EXHIBIT# 1 - National Photo Group, LLC v. Federated Media Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#4 OF 4 | WEB PAGE CAPTURE |
|---|---|---|
| | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10235358<br>Date Taken: 09/26/2012<br>Photo Description: Country singer Jason Aldean and Ex-American Idol Brittany Kerr seen getting very cozy.<br>Copyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: www.k105fm.com<br>URL:<br>http://k105fm.com/ArticleAdmin/Articles/tabid/64/ArticleId/1544<br>/Jason-Aldean-CHEATED-On-Wife-Pictures.aspx<br>Observed Date: 06/27/2013<br> |

10/16/2013 12:50:28